From: The District Court of the Eleventh Judicial District. County of Flathead.
STATE OF MONTANA, Plaintiff, vs. ANTONI CANTU, Defendant. NO. 2963

## DECISION

The application of the above-named defendant for a review of the sentence of six years with 25 days jail time credit, and a fine of $2,000 to be served, if unable to pay the same, consecutively, as construed, to the term sentence at the rate of $10.00 per day, imposed on July 15, 1969, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be reduced by striking all that portion thereof imposing on the defendant a fine of $2,000 and providing that such fine be served consecutively to the term sentence of six years by imprisonment at the rate of $10.00 per day.

It has been made to appear to this Court that the defendant is and was at all times material hereto indigent and unable to pay the fine imposed. Under such circumstances the imposition on the defendant of that portion of the sentence ordered stricken is a denial of the equal protection of the law and invalid. Spindler v. State, 25 St. Rep. 674, 152 Mont. 69, 446 P.2d 429.

The balance of the sentence appears proper, reasonable, and sufficiently lenient, especially when it is considered that defendant has other felony convictions.

We thank John Alexander, Esq., of the Montana Defender Project for his assistance to the defendant and to the Court.

DATED this 29th day of December, 1969.

SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield and Sid G. Stewart.

From: The District Court of the Fifth Judicial District. County of Jefferson.
STATE OF MONTANA, Plaintiff, vs. THOMAS S. GRAHAM, Defendant.
NO. 649

## DECISION

The application of the above-named defendant for a review of the sentence of ten years, with the last five years suspended, and 34 days jail time credit, for 1st degree assault, imposed on April 9, 1969, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

The presumption being that the sentencing judge was correct in his determination, we are unable to say that the sentence was not proper, reasonable, and sufficiently lenient, the crime, the individual, and the sentencing goals kept in mind, particularly when it is considered that the crime is one of violence punishable by imprisonment for not less than 5 years and possibly 20 years, and that defendant has a prior criminal military record. Further defendant will be eligible for parole consideration in January, 1970.

We thank Nick Rotering Jr., Esq., of the Montana Defender Project for his assistance to the defendant and to the Court.

DATED this 29th day of December, 1969.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; and Sid G. Stewart.